UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHELLE HARKIN and VINCENT HARKIN, <br>   Plaintiffs, <br><br>  vs. <br><br> BRIAN KUCHNICKI., <br><br>   Defendant. | ) <br> ) <br> ) <br> ) <br> )   Case No. 4:11CV00789 NAB <br> ) <br> ) <br> ) <br> ) |

## ORDER

The Court having been advised that this action has been settled,

**IT IS HEREBY ORDERED** that the **June 5, 2012 Jury Trial** setting is vacated and all pending motions are denied without prejudice.

**IT IS HEREBY ORDERED** that counsel shall file, within thirty (30) days of the date of this order, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment.  Failure to timely comply with this order shall result in the dismissal of this action with prejudice.


                 /s/Nannette A. Baker
                 NANNETTE A. BAKER
                 UNITED STATES MAGISTRATE JUDGE


Dated this 4th day of April, 2012.