UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MICHELLE HARKIN and VINCENT HARKIN, | ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 4:11CV00789 NAB |
| BRIAN KUCHNICKI., | ) ) | |
| Defendant. | ) | |

## ORDER

The Court having been advised that this action has been settled,

**IT IS HEREBY ORDERED** that the **June 5, 2012 Jury Trial** setting is vacated and all pending motions are denied without prejudice.

**IT IS HEREBY ORDERED** that counsel shall file, within thirty (30) days of the date of this order, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment. Failure to timely comply with this order shall result in the dismissal of this action with prejudice.

/s/Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE

Dated this 4th day of April, 2012.